**No. 53689.**—Corkland Archery Corp. et al. *v.* United States, protests 131872–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of sawed dagame lumber similar in all material respects to that the subject of *John A. Hunter Hardwood Corp.* v. *United States* (21 Cust. Ct. 139, C. D. 1143), the claim of the plaintiffs was sustained.

**No. 53690.**—Citrus & Allied Essential Oils Co. et al. *v.* United States, protests 132381–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of mandarin oil similar in all material respects to that the subject of *Fritzsche Bros., Inc.* v. *United States* (21 Cust. Ct. 90, C. D. 1134), the claim of the plaintiffs was sustained.